## Sup. Court

*Rouse & Smith*
*vs*
*Mack & Fisher*

Filed in Court.  Oct^r 2.  1821
F. HINCHMAN    D^y Clk.

SUPREME COURT TERRITORY OF MICHIGAN TOWIT
SEPTEMBER TERM IN THE YEAR OF OUR LORD ONE THOUSAND EIGHT HUN-
DRED AND TWENTY

*George Washington Rouse*
*&*
*Silas Smith    plffs.*
*vs*
*Stephen Mack and*
*Otis Fisher    Defts.*

Action sur case    &c
Plea

And now the said Stephen Mack one of the defendants in this suit, comes
by Woodbridge & Lanman his Attorneys & protesting the he in no wise
assumed & promised as the plaintiffs in their declaration hath alledged for
plea saith that the said Otis Fisher one of the defendants is dead and died
during the pendency of this suit — before any interlocutory judgment had
been rendered therein & before the said plaintiffs filed their said declaration
to wit on or about the third day of May of the year of our Lord one thou-
sand eight hundred & twenty in Canada towit in the Territory of Michigan

& this he is ready to verify & therefore prays judgment of the said writ & that the same and the proceedings in the premises may be quashed & for nothing holden &c

WOODBRIDGE & LANMAN

[In the handwriting of William Woodbridge]

39.    1820